No. 73–1516. GLOVER ET AL. *v.* McMURRAY, COMMISSIONER, AGENCY FOR CHILD DEVELOPMENT OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further con-

sideration in light of *Hagans* v. *Lavine,* 415 U. S. 528 (1974).